

**FILED**

05/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0654

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Case No. DA 21-0654

_____

INGRID BARDEEN HENSCHEL,
STEPHEN BORGHI and LISABETH
BEATTY,

          Plaintiffs/Appellees,

  v.

MUSSELSHELL COUNTY; MERIEL
BECK, Musselshell County Weed
Coordinator; MUSSELSHELL
COUNTY WEED DISTRICT;
GOLDEN VALLEY COUNTY;
MERIEL BECK, Golden Valley
County Weed Coordinator; and
GOLDEN VALLEY COUNTY WEED
DISTRICT,

          Defendants/Appellants.

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

     This matter having come before the Court pursuant to the Stipulated Motion of the Parties for an Order of dismissal and the Court being otherwise fully advised, finds good cause to grant such relief. Accordingly,

IT IS HEREBY ORDERED that the above entitled action including this present appeal is hereby fully dismissed with prejudice with each party bearing its own attorneys' fees and costs.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 5 2022